DEFENDANT:        NATHAN JAMES MEEK

AGE/YOB:          1982

COMPLAINT         _____ Yes      ___ _____ No
FILED?

                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   x__ No


OFFENSE(S):       Count 1– 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vi) – Possession with intent to distribute fentanyl

                  Count 2– 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) – Possession with intent to distribute methamphetamine

                  Count 3– 21 U.S.C. § 841(a)(1) & (b)(1)(C) – Possession with intent to distribute cocaine

                  Count 4– 21 U.S.C. § 841(a)(1) & (b)(1)(C) – Possession with intent to distribute marijuana

                  Count 5 – 18 U.S.C. 922(g)(1) – possession of a weapon by a prohibited person

                  Count 6 – 18 U.S.C. 924(c)(1)(A)(i) – possession of a firearm in furtherance of a drug trafficking crime.


LOCATION OF       El Paso  County, Colorado
OFFENSE:

PENALTY:          Count 1 - NLT 5 years' and NMT 40 years' imprisonment, NMT $5,000,000 fine, or both; NLT 4 years' supervised release; $100 special assessment fee.

                  Count 2 – NLT 10 years' imprisonment, NMT $10,000,000 fine, or both; NLT 5 years' supervised release; $100 special assessment fee.

                  Counts 3 and 4 - NMT 20 years' imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee.

Count 5:  NMT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment fee.

Count 6: NLT 5 years' imprisonment to run consecutive to any other sentence and NMT life imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee.

AGENT:              Addison Morgan
                    TFO, FBI

AUTHORIZED          Daniel McIntyre
BY:                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less; ___ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.